**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

CESAR ESTUARDO CHARUCO-URRUTIA,

Petitioner,

v.

ACTING DIRECTOR TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03267-RFB-NJK

**ORDER TO SHOW CAUSE**

On October 5, 2026, Petitioner Cesar Estuardo Charuco-Urrutia initiated a *pro se* immigration habeas proceeding under 28 U.S.C. § 2241 by submitting a Petition for Writ of Habeas Corpus together with a Motion to Proceed *In Forma Pauperis*. See ECF Nos. 1-1, 1. The Court is aware that Petitioner has another pending habeas proceeding currently in this District: Charuco-Urrutia v. Blanche, No. 2:26-CV-02678-GMN-BNW.[1] Filing duplicative lawsuits is an abusive litigation practice that strains the Court's limited resources and delays the time in which the Court can address the merits of any matter.

The Court entered its Standard Procedures for *Pro Se* Immigration Habeas Petitions appointing Petitioner counsel enjoining Respondents from removing him from this District. ECF No. 3. The Federal Public Defender's Office filed a Notice of Conflict indicating that it was permitted to withdraw in the 02678 Case. ECF No. 7. Counsel filed a Notice of Appearance, ECF No. 6, but has not moved to withdraw as counsel of record. Despite representation in both related

[1] A previous habeas petition was denied without prejudice. See Charuco-Urrutia v. Bondi, 2:26-cv-00012-CDS-NJK, ECF No. 17.

cases[2], Petitioner has filed a *pro se* Motion to Dismiss in this case seeking to dismiss the 02678 Case in favor of the new case. ECF No. 10.

Accordingly, **IT IS HEREBY ORDERED** that, on or before **November 4, 2026**, Petitioner shall show cause why this duplicate case should not be dismissed without prejudice to proceeding in the pending 02678 Case. Petitioner, through appointed counsel Sylvia Irvin, must confer with Petitioner's appointed counsel in the 02678 Case to determine which habeas proceeding and with which counsel Petitioner intends to proceed.

**IT IS FURTHER ORDERED** that the Motion to Dismiss, ECF No. 10, is **STRICKEN** as the motion was filed *pro se* while Petitioner was represented by counsel.

The Clerk of Court is kindly **DIRECTED** to file a courtesy copy of this Order in Charuco-Urrutia v. Blanche, No. 2:26-CV-02678-GMN-BNW.

**DATED:** October 28, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

[2] Attorney Jim W. Fang was appointed to represent Petitioner in the 02678 Case.